**Opinion issued February 11, 2020**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-20-00048-CR

_____

## IN RE GREGORY SCOTT, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

### MEMORANDUM OPINION

Relator, Gregory Scott, has filed a petition for writ of mandamus seeking to compel the trial court to vacate its in absentia judgment of conviction by jury and to enter a new judgment of conviction without a finding that relator used a deadly weapon.[1]

---

[1]     The underlying case is *Scott v. State*, Cause No. 1398535, in the 339th District Court of Harris County, Texas, the Honorable Maria T. Jackson presiding.

We deny the petition for writ of mandamus.[2] We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Keyes, Goodman, and Countiss.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[2] Relator's petition for writ of mandamus also does not comply with Texas Rules of Appellate Procedure 52.3 and 52.7. *See* TEX. R. APP. P. 52.3(a)–(h), 52.7(a), (c).